UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

VAICHIK AGHAJANI,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. 5:26-cv-05620-JDE

ORDER REGARDING PETITION

On September 23, 2026, Vaichik Aghajani ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, alleging his re-detention by immigration authorities violated the Administrative Procedure Act, 8 C.F.R. § 241.13(i)(3), 8 U.S.C. § 1231, and the Due Process Clause. Dkt. 1 ("Petition"). The Petition is electronically signed by Petitioner's counsel. Id. at 13. As for relief, Petitioner requests his immediate release; the return of his property confiscated when he was re-detained; a declaration that Respondents have violated his rights; an order enjoining Respondents from revoking his release unless they have individualized evidence that his removal is reasonably foreseeable; an order

enjoining Respondents from revoking his release without providing him a determination by an impartial adjudicator that his detention is justified based on danger or flight risk, in which the government bears the burden of proof; an order enjoining Respondents from re-detaining him without first notifying him of the reasons for the revocation of release, providing him with an opportunity to rebut those reasons, and providing him with a prompt interview as required by regulation; and attorney's fees and costs. Id. at 12-13.

Per the Notice of General Order 26-05 and Briefing Schedule issued on September 24, 2026, Respondents were ordered to file their Answer by October 1, 2026. Dkt. 5. On October 2, 2026, Petitioner filed a Request for Immediate Order Granting Unopposed Habeas Petition. Dkt. 6. On October 5, 2026, the Court issued the following order:

> Per the Notice of General Order 26-05 and Briefing Schedule issued on September 24, 2026 (Dkt. 5, "Notice"), Respondents were ordered to file a Notice of Appearance ("NOA") within 3 days and an Answer within 7 days of the date the Notice was issued. Respondents did not file a timely NOA or Answer. Respondents are advised that failure to file an NOA and Answer by October 6, 2026, will be deemed consent to the granting of the Motion. See Local Civil Rule 7-12. If a timely answer is filed, any optional reply shall be filed within 3 days of the filing of the Answer. All other provisions of the Notice remain in effect.

Dkt. 10 ("Order"). Despite two Court orders directing a response to the Petition, Respondents did not do so with the time permitted.

As advised in the Order, the Court will deem Respondents lack of any opposition as consent by Respondents to the primary relief sought in the Petition, that is, Petitioner's release from immigration detention under the terms of his prior order of supervision. Cf. C.D. Cal. Local Civil Rule 7-12.

Petitioner's other requests for substantive relief are denied as moot due to the relief granted herein, unsupported, and/or speculative.

IT IS ORDERED that Judgment shall be entered: (1) granting the Petition, in part, and ORDERING Respondents to immediately release Petitioner Vaichik Aghajani (A# 075 742 457) from custody, subject to the conditions of his preexisting order of supervision, and return "any confiscated property," including any photo identification and/or employment authorization card; and (2) denying the Petition without prejudice in all other substantive respects.

Dated: October 7, 2026

JOHN D. EARLY
United States Magistrate Judge