UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VAICHIK AGHAJANI, Petitioner, v. TODD BLANCHE, et al., Respondents. | Case No. 5:26-cv-05620-JDE<br>JUDGMENT |

In accordance with the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) granted, in part, with Respondents ordered to immediately release Petitioner Vaichik Aghajani (A# 075 742 457) from custody, subject to the conditions of his preexisting order of supervision, and return "any confiscated property," including any photo identification and/or employment authorization card; and

(2) denied without prejudice in all other substantive respects.

Dated: October 7, 2026

JOHN D. EARLY
United States Magistrate Judge